## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

GARY DEBENEDETTO,             )
                                         )
       Petitioner,            )
                                         )      Civil Action
      v.                    )      No. 26-10548-IT
                                         )
FREDDIE BOWERS, Warden,      )
                                         )
       Respondent.         )

## ORDER

February 25, 2026

TALWANI, J.

      Gary Debenedetto, proceeding *pro se*, initiated this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) with the United States District Court for the Northern District of Illinois. Debenedetto v. Bowers, No. 1:25-cv-12862 (N.D. Ill. Oct 15, 2025). He filed an Amended Petition (Doc. No. 3) on January 20, 2026, challenging the lawfulness of his civil commitment. Id.  The  case was ordered transferred from the Northern District of Illinois to the District of Massachusetts, in part, because Debenedetto is confined to FMC Devens, in Ayer, Massachusetts. Order (Doc. No. 4), No. 1:25-cv-12862 (N.D. Ill. Feb. 3, 2026).

      On February 6, 2026, this court denied the amended petition and dismissed this action. (Doc.. No. 10). Now before the court are Debenedetto's Motion to Amend Petition [Doc. No. 13] and Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 14], which Debenedetto mailed to the Northern District of Illinois before the transfer order and the closing of the case and which have now been forwarded to this court, see Notification of Docket Entry [Doc. No. 15].

In his motion for leave to amend, Debenedetto seeks to add the claim that he is being held without having been charged with a crime. However, such amendment is futile where the basis for his detention is a court-ordered commitment pursuant to 18 U.S.C. § 4246.

Accordingly, it is hereby ORDERED that

1.    The Motion Amend Petition [Doc. No. 13] is DENIED.

2.    The Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 14] is DENIED as moot.

3.    This action remains closed.

SO ORDERED.

February 25, 2026                         /s/ Indira Talwani
                                          INDIRA TALWANI
                                          UNITED STATES DISTRICT JUDGE

2